**Preston DEWITT, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 39971.**

Court of Criminal Appeals of Texas.

Dec. 14, 1966.

Rehearing Denied Jan. 18, 1967.

M. Earl Rutledge, Fort Worth, for appellant.

Doug Crouch, Dist. Atty., William R. Magnussen and Truman Power, Asst. Dist. Attys., Fort Worth, Leon B. Douglas, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

## OPINION

BELCHER, Commissioner.

The conviction is for passing a forged instrument; the punishment was assessed at two years.

Following a trial on December 8, 1965, the appellant gave notice of appeal on February 4, 1966.

No assignments of error by appellate brief have been filed with the clerk of the trial court. Nothing is presented for review. Art. 40.09(9), Vernon's Ann.C.C.P.

The judgment is affirmed.

Opinion approved by the Court.